Samuel J. Smith (State Bar No. 242440)
E-mail: samuel@sjscounsel.com
David Shein (State Bar No. 230870)
E-mail: david@sjscounsel.com
**SJS COUNSEL, APC**
9665 Wilshire Boulevard, Suite 801
Beverly Hills, CA 90212
Telephone: (310) 271-2800
Facsimile: (310) 271-2818
Attorneys for Plaintiff
GILBERT/KRUPIN, LLC

James A. Stankowski (State Bar No. 106367)
Email: james.stanwowski@wilsonelser.com
Carey B. Moorehead (State Bar No. 086479)
Email: Carey.moorehead@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ**
**EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone (213) 4435100
Facsimile: 213 443-5101
Attorneys for Defendant,
CATLIN SPECIALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT/KRUPIN, LLC, a California limited liability company,<br><br>         Plaintiff,<br><br>    v.<br><br>CATLIN SPECIALTY INSURANCE COMPANY, a California Corporation; and DOES 1-50, inclusive,<br><br>         Defendants. | Case No.: CV 13-3753 DMG (RZx)<br><br>**JOINT REPORT RE: EARLY MEETING OF COUNSEL**<br><br>Judge:        Hon. Dolly M. Gee<br>Courtroom: 7<br>Conference: July 26, 2013<br>Time:         11:00 a.m.<br><br>Action Filed:        April 15, 2013<br>Action Removed:  May 24, 2013 |

Pursuant to the Federal Rules of Civil Procedure ("Fed. R. Civ. P.")  and this Court's May 30, 2013 order scheduling the meeting of Counsel and setting a scheduling conference for July 26, 2013 at 11:00 a.m., counsel for Plaintiff Gilbert/Krupin, LLC ("Plaintiff") and Defendant Catlin Specialty Insurance company, Inc., ("Defendant") (collectively "Parties") held their discovery and planning conference in-person on July 5, 1013 ("Early Meeting").

The Early Meeting was attended by Samuel J. Smith of the law firm of SJS Counsel, APC on behalf of Plaintiff; and Carey B. Moorehead of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP on behalf of Defendant Catlin Specialty Insurance ("Defendant").

The parties hereby submit the following Joint Case Management Statement and Discovery Plan:

(A) **<u>JURISDICTION, VENUE AND SERVICE.</u>**

This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C.  §1338 (a) and 15 U.S.C.  §1121. This Court has related claim jurisdiction over the state law claims pursuant to 28 U.S.C. §1338(b) and 28 U.S.C. §1367.   Venue is proper in this district pursuant to 28 U.S.C. § 1391 in as much as a substantial part of the events or omissions giving rise to the claims for relief occurred in this judicial district. Plaintiff is unaware of any other issues regarding personal jurisdiction, venue or service and Defendant has not raised any issues regarding the same.

(B) **<u>SYNOPSIS OF THE PRINCIPAL ISSUES IN THIS CASE.</u>**

Defendant declined to participate in Plaintiff's defense in a cross-action filed against Plaintiff.  This was notwithstanding the fact that Defendant initially agreed to do so under a full reservation of rights in

connection with the initial claims brought directly against Plaintiff. Plaintiff thereafter filed the within action for breach of written contract, breach of covenant of good faith and fair dealing; and declaratory relief.  Defendant denies liability on the ground that the "client" of Plaintiff, for whom coverage would apply, was not Plaintiff's "client" under the policy.  Further, Defendant claims that Plaintiff's claims are premature in that it has not yet been damaged.

(C) **PRIOR, PENDING AND ANTICIPATED MOTIONS.**
Neither party has previously filed any motions in connection with this matter.  Defendant anticipates making a motion for summary judgment with respect to one or more coverage issues under the subject insurance policy.  Defendant's defenses may involve an interpretation of the applicable policy terms and conditions as applied to the underlying facts.

(D) **AMENDED PLEADINGS.**
The parties do not anticipate the filing of any amended pleadings at this time.  However, if additional parties are added, the parties propose that October 24, 2013 is the final date to amend pleadings.

(E) **TRIAL BY JURY.**
Plaintiff and Defendant demand trial by jury.

(F) **RELATED CASES.**
The parties are unaware of any related cases or proceedings pending before another judge of this court, or before another court or administrative body which have been deemed "related".

JOINT REPORT RE: EARLY MEETING OF COUNSEL

(G) **EFFORTS TO SETTLE OR RESOLVE THIS DISPTUE.**

During the Early Meeting, both parties discussed the issues of the case, in detail.   No settlement offers have been made by either party, however, and it appears that discovery will be necessary for further meaningful discussions to occur.

(H) **ESTIMATED LENGTH OF TRIAL AND PROPOSED TRIAL DATE.**

Plaintiff estimates that the duration of trial will be approximately 3-5 days.  Defendant estimates 3-4 days.

(I) **TRIAL DATE.**

The parties propose the following trial date:  Mar. 18, 2014.

(J) **FINAL PRE-TRIAL CONFERENCE:** Feb. 18, 2014.

(K) **NON-EXPERT DISCOVERY CUT-OFF DATE:** Nov. 12, 2013.

(L) **MOTION CUT-OFF:**   Nov. 19, 2013.

(M) **EXPERT DISCLOSURES:**   Dec. 17, 2013.

(N) **DEADLINE TO DESIGNATE REBUTTAL EXPERTS:** Jan. 14, 2014.

(O) **MOTIONS IN LIMINE:** Mar. 3, 2014.

(P) **SETTLEMENT CONFERENCE COMPLETION:** Jan. 21, 2014.

(Q)  **POTENTIAL FACTUAL AND LEGAL ISSUES**:

At the Early Meeting, the Parties discussed the issue of whether or not the policy was directly or indirectly delivered to Plaintiff, if at all (*i.e.*, whether there was a meeting of the minds as to each of the substantive and procedural terms contained in what Defendant has represented to be a true and correct copy of the applicable policy.)

Defendant's defenses may involve an interpretation of the applicable policy terms and conditions as applied to the underlying facts.


DATED:      July 14, 2013              WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP



                                       By:_____/s/_____
                                            Carey B. Moorehead, Esq.
                                            Attorneys for Defendant,
                                            CATLINSPECIALTY INSURANCE
                                            COMPANY



DATED:      July 14, 2013              SJS COUNSEL, APC



                                       By:_____/s/_____
                                            Samuel J. Smith, Esq.
                                            Attorney for Plaintiff
                                            GILBERT/KRUPIN, LLC