UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT/KRUPIN, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>CATLIN SPECIALTY INSURANCE COMPANY, a California Corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: CV 13-3753 DMG (RZx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

//
//
//
//
//
//
//
//

**WHEREAS,** Plaintiff Gilbert/Krupin, LLC and Defendant Catlin Specialty Insurance Company have stipulated to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice. The parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:   February 6, 2014

_____
DOLLY M. GEE
UNITED   STATES   DISTRICT   JUDGE